164 A.3d 413

ANIMAL PROTECTION LEAGUE OF NEW JERSEY, ANIMAL WELFARE INSTITUTE, UNEXPECTED WILDLIFE REFUGE, BORN FREE USA, SIERRA CLUB, LAWYERS IN DEFENSE OF ANIMALS, AND ASSOCIATED HUMANE SOCIETIES, APPEL-LANTS–PETITIONERS, v. NEW JERSEY FISH AND GAME COUNCIL, NEW JERSEY DIVISION OF FISH AND WILDLIFE, AND NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, RESPONDENTS–RESPONDENTS,

March 31, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005285–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.